# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BOBBY MITCHELL | CIVIL ACTION NO. 18-0439 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| LIEUTENANT DAVIS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, with the exception of Plaintiff Bobby Mitchell's conditions of confinement claim against Lieutenant Davis, Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 24th day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE