NITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| BOBBY MITCHELL | CASE NO. 3:18-CV-0439 |
|---|---|
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| LIEUTENANT DAVIS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Bobby Mitchell's claims against Lieutenant Davis are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of January, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE